UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:09-cr-0039-LRH-VPC |
| v. | |
| DONALD KENNETH HOWARD, | ORDER |
| Defendant. | |

Before the court are the parties' briefs concerning the imposition of restitution against defendant Donald Kenneth Howard ("Howard"). Doc. ## 71, 72.[1]

On June 2, 2010, Howard entered a plea of guilty to furnishing false information to the Commissioner of Social Security in violation of 42 U.S.C. 408(a)(6), and aggravated identity theft in violation of 18 U.S.C. 1028A. Doc. #66. On August 30, 2010, Howard was sentenced to a total of forty-two (42) months incarceration. Doc. #69. However, at that time, the court withheld imposing restitution and granted the parties leave to file briefing on that issue. *Id*.

The court has reviewed the documents and pleadings on file in this matter and finds that restitution is appropriate. Pursuant to 18 U.S.C. § 3663(a)(1)(A), the court may order restitution as part of a criminal sentence for violations of Title 18. Here, defendant Howard pled guilty to

---

[1] Refers to the court's docketing number.

aggravated identity theft, a violation of Title 18, by using the identity of a deceased individual to apply for and receive social security benefits in the deceased's name. *See* Doc. #66. As a result of Howard's conduct, he received $20,636.40 in unlawful benefit payments from the Commissioner of Social Security from February 8, 2006, through December 1, 2008. *See* Doc. #72, Exhibit 1. As such, the court finds an order of restitution is appropriate. *See* 18 U.S.C. § 3663(a)(1)(A). Accordingly, the court shall impose restitution against defendant Howard in the amount of $20,636.40.

IT IS THEREFORE ORDERED that restitution against the defendant is IMPOSED in the amount of $20,636.40.

IT IS FURTHER ORDERED that the clerk of court shall AMEND the defendant's sentence and judgment (Doc. #70) in accordance with this order.

IT IS SO ORDERED.

DATED this 1st day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2