UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 3:09-cr-0039-LRH-VPC |
| v. | <u>ORDER</u> |
| DONALD KENNETH HOWARD, | |
| Defendant. | |

Before the court are defendant Donald Kenneth Howard's ("Howard") motions for transcripts at public expense. Doc. ##78, 79.[1]

The court has reviewed the documents and pleadings on file in this matter and finds that Howard's requests for transcripts are without merit. A prisoner has no right to transcripts at public expense absent a showing of a particularized need that the transcripts are necessary for an appeal or to challenge conviction. Here, Howard has failed to identify any purpose or substantial need for any particular transcript, let alone transcripts for his entire case history. Further, the court notes that Howard's time to appeal and challenge his conviction have already passed. Accordingly, the court shall deny Howard's motions.

///

---

[1] Refers to the court's docketing number.

IT IS THEREFORE ORDERED that defendant's motions for transcripts (Doc. ##78, 79) are DENIED.

IT IS SO ORDERED.

DATED this 16th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE